# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-1415-S |
| MICHAEL BOWEN and CHOL KIM a/k/a BRANDON KIM | § § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff's Amended Motion for Default Judgment against Defendant Chol Kim a/k/a Brandon Kim [ECF No. 53] is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED.**

SIGNED September 12, 2024.

**UNITED STATES DISTRICT JUDGE**