# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-1415-S |
| MICHAEL BOWEN and CHOL KIM a/k/a BRANDON KIM | § § § | |

## ORDER

Before the Court is Plaintiff's Motion for Partial Relief from Order Setting Settlement Conference ("Motion") [ECF No. 77]. In the Motion, Plaintiff asks the Court to: (1) relieve the requirement that a representative of Plaintiff with full settlement authority appear at the Settlement Conference; and (2) allow Keefe Bernstein, Supervisory Trial Counsel for Plaintiff's Fort Worth Regional Office, and Jason Rose, Plaintiff's counsel in this lawsuit, to appear instead. Mot. 1. The Court **GRANTS** the Motion.

**SO ORDERED.**

SIGNED September 23, 2025.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**