# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-1415-S |
| MICHAEL BOWEN and CHOL KIM a/k/a BRANDON KIM | § § § | |

## ORDER

The Court conducted a Settlement Conference in this case on September 26, 2025. At the Settlement Conference, the parties announced that this case has been resolved with respect to Defendant Michael Bowen. As a result, the current trial setting and scheduling order are vacated and all pending motions and/or hearings are terminated.

The parties have informed the Court that they require time to finalize the settlement. Accordingly, this case is **ABATED** and **ADMINISTRATIVELY CLOSED**, without prejudice to its being reopened upon motion by any party to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED.**

SIGNED September 26, 2025.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**